CO-386
10/2018

# United States District Court
# For the District of Columbia

Knight First Amendment Institute at Columbia University )
)
)
)
                Plaintiff )
VS )
)
Central Intelligence Agency; Department of Justice; National Security Agency; Office of the Director of National Intelligence; Department of State )
)
)
                Defendant )

Civil Action No._____

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for **the plaintiffs** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **the plaintiffs** which have any outstanding securities in the hands of the public:

The Knight First Amendment Institute at Columbia University has no parent corporations and no publicly held corporation owns 10 percent or more of its stock. The Knight Institute is a non-profit, non-partisan organization governed by a nine-member board of directors, five of whom are associated with Columbia University.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

MI0067
BAR IDENTIFICATION NO.

Jameel Jaffer
Print Name

475 Riverside Drive, Suite 302
Address

New York    NY    10115
City    State    Zip Code

(646) 745-8500
Phone Number