IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>    *Plaintiff*,<br><br>    *v.*<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:18-cv-2709 (TNM) |

**MOTION FOR A STAY OF ALL PROCEEDINGS
IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants hereby move for a stay of all proceedings in the above-captioned case.

1. At midnight on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including several of the federal Defendants. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the affected federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings, until Congress has restored appropriations. At present, the federal Defendants' Answer is due on January 9, 2019. Additionally, prior to the lapse in appropriations the parties had begun to confer regarding an appropriate production schedule for any responsive documents.

4.	If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  Defendants request that, at that point, the parties meet and confer concerning an appropriate Answer deadline and production schedule, and report back to the Court with a revised schedule.

5.	Opposing counsel has authorized counsel for the Government to state that Plaintiff consents to this motion only insofar as it applies to Defendants' Answer deadline.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/
Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11110
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov

*Counsel for the Defendants*

DATED: January 2, 2019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 2, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to counsel of record.

                                              /s/
                                   Antonia Konkoly
                                   Trial Attorney
                                   U.S. Department of Justice
                                   Civil Division, Federal Programs Branch
                                   1100 L St. NW, Room 11110
                                   Washington, DC 20005
                                   (202) 514-2395 (direct)
                                   (202) 616-8470
                                   antonia.konkoly@usdoj.gov