IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.*,

*Plaintiffs*,

*v.*

CENTRAL INTELLIGENCE AGENCY, *et al.*,

*Defendants*.

Civil Action No. 1:18-cv-2709 (TNM)

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Upon discussions between the parties during the conferral period ordered by the Court on April 13, 2019 (the "April Order"), the parties hereby submit the following Joint Status Report.

This is an action under the Freedom of Information Act ("FOIA"). Plaintiffs' FOIA requests seek three categories of documents related to Intelligence Community Directive 191 and the late Jamal Khashoggi from the Central Intelligence Agency ("CIA"), Federal Bureau of Investigation ("FBI"), National Security Agency ("NSA"), and Department of State ("DoS"). *See* First Amended Complaint ("FAC"), Dkt. No. 17, ¶ 17. Plaintiffs seek the same categories of documents, as well as an additional fourth category of related documents, from the Office of the Director of National Intelligence ("ODNI"). *Id.* ¶ 18. All Defendants — with the exception of DoS, which has agreed to conduct additional searches — have completed their searches and processing, and provided final productions. Pursuant to the April Order, the parties engaged in a conferral process to exchange information and attempt to narrow the issues in dispute. At the conclusion of that process, Plaintiffs and DoS agreed that DoS would undertake additional

searches for responsive records. To accommodate those additional searches, the parties jointly propose the following schedule.

(1) DoS shall conduct and complete the following additional searches by June 14, 2019:

a. DoS will conduct a search of the Diplomatic Security Command Center for any responsive records.

b. DoS will conduct a search of the Bureau of Intelligence and Research for any prior version of the duty-to-warn guidance that was produced to Plaintiffs and that appears to have been updated on August 28, 2018.

c. DoS will conduct a search of the electronic drives of INR/OPS and INR/Watch for any responsive records.

d. DoS will conduct a search for responsive records using the following terms: (1) Khasho* AND warn*; (2) Kasho* AND warn*; (3) Khasho* AND threat*; (4) Kasho AND threat*; (5) Khasho* AND capture*; (6) Kasho* AND capture*; (7) Khasho* AND consulate; and (8) Kasho* AND consulate.

(3) Upon completion of DoS's searches, DOS will process any responsive records located and produce all non-exempt records (collectively, "process").

(4) No later than June 28, 2019, the parties shall file a joint status report with the Court. If, by that date, DoS has completed processing all records located in the searches described above, the parties will determine whether dispositive motions are required and, if so, propose a briefing schedule to the Court. If, by that date, DoS has not completed processing, the parties will propose a schedule for processing any remaining records.

(5) If a further processing schedule is necessary, DoS will state in the joint status report: (1) the number of actually responsive records and pages that still require processing by DoS, and (2) a proposed schedule for processing those records.

The adoption of the proposed schedule will facilitate the efficient resolution of this lawsuit and conserve the Court's resources. Accordingly, the parties respectfully request that the Court enter the above-described schedule for further proceedings.

A proposed order reflecting this proposal is attached hereto for the convenience of the Court.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Antonia Konkoly
Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11110
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov

*Counsel for the Defendants*

/s/ Jameel Jaffer
Jameel Jaffer (MI0067)
Ramya Krishnan (admitted *pro hac vice*)
Adi Kamdar (admitted *pro hac vice*)
Alex Abdo (admitted *pro hac vice*)
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
ramya.krishnan@knightcolumbia.org

*Counsel for Plaintiff Knight First Amendment Institute at Columbia University*

/s/ Timothy K. Beeken
Timothy K. Beeken (NY0083)

Jeremy Feigelson (admitted *pro hac vice*)
Alexandra P. Swain (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
tkbeeken@debevoise.com
jfeigelson@debevoise.com

*Counsel for Plaintiff Committee to Protect Journalists*

DATED: May 31, 2019