UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>          Defendants. | Civil Action No. 1:18-cv-2709 (TNM) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY ONLY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Knight First Amendment Institute at Columbia University ("Knight Institute"), by and through its undersigned counsel, hereby stipulates to the dismissal of its claims in this action. All parties who have appeared have consented to this limited dismissal. The claims by the remaining plaintiff in this case shall not be dismissed and shall remain in the action. This stipulation shall have no effect on the Knight Institute's ability to seek an award of attorneys' fees and other litigation costs.

Respectfully submitted,

         /s/ Jameel Jaffer
Jameel Jaffer (MI0067)
Ramya Krishnan (admitted *pro hac vice*)
Adi Kamdar (admitted *pro hac vice*)
Alex Abdo (admitted *pro hac vice*)
Knight First Amendment Institute
   at Columbia University

1

475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
ramya.krishnan@knightcolumbia.org

*Counsel for Plaintiff Knight First Amendment Institute at Columbia University*

/s/ Timothy K. Beeken
Timothy K. Beeken (NY0083)
Jeremy Feigelson (admitted *pro hac vice*)
Alexandra P. Swain (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
tkbeeken@debevoise.com
jfeigelson@debevoise.com

*Counsel for Plaintiff Committee to Protect Journalists*


JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Antonia Konkoly
Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11110
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov

*Counsel for the Defendants*

July 18, 2019