UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:18-cv-2709 (TNM) |

**MOTION TO EXTEND DEADLINE FOR REQUESTING ATTORNEYS' FEES**

Plaintiff Knight First Amendment Institute at Columbia University respectfully requests that the Court extend the Knight Institute's deadline for filing a motion for attorneys' fees and costs until September 10, 2019, to permit it an opportunity to attempt to reach an agreement with the government on those matters.

On July 18, 2019, the Knight Institute filed a stipulation of dismissal without prejudice, while reserving its right to seek an award of attorneys' fees and other costs. On July 19, 2019, the Court entered a minute order dismissing the Knight Institute's claims in accordance with the terms of the stipulation.

The Knight Institute intends to seek fees and costs in this matter, but it first wishes to confer with the government in an effort to avoid the need for litigation. Federal Rule of Civil Procedure 54(d)(2)(B)(i) states that a motion for attorneys' fees must be filed no later than 14 days after the entry of "judgment." It appears to be unsettled whether a court order such as the Court's July 19, 2019 order constitutes a "judgment" for purposes of Rule 54. Out of an abundance of caution, however, the Knight Institute respectfully requests that the Court extend

any deadline for it to file a motion for attorneys' fees and costs until September 10, 2019 to allow the parties an opportunity to confer.

      The government consents to the requested extension of time.

                                                Respectfully submitted,

                                                /s/ Jameel Jaffer
                                            Jameel Jaffer (MI0067)
                                            Ramya Krishnan (admitted *pro hac vice*)
                                            Adi Kamdar (admitted *pro hac vice)*
                                            Alex Abdo (admitted *pro hac vice*)
                                            Knight First Amendment Institute
                                              at Columbia University
                                            475 Riverside Drive, Suite 302
                                            New York, NY 10115
                                            (646) 745-8500
                                            ramya.krishnan@knightcolumbia.org

                                            *Counsel for Knight First Amendment Institute*
                                              *at Columbia University*

July 30, 2019