UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>    Defendants. | Civil Action No. 1:18-cv-2709 (TNM) |

**JOINT MOTION TO STAY DEADLINE FOR REQUESTING ATTORNEYS' FEES**

Plaintiff Knight First Amendment Institute at Columbia University and Defendants respectfully request that the Court stay the Knight Institute's deadline for filing a motion for attorneys' fees and costs until a final judgment has been entered in this case.

On July 31, 2019, the Court granted the Knight Institute's motion to extend any deadline for requesting attorneys' fees and costs until September 10, 2019. Since then, however, counsel for the Knight Institute and counsel for Defendants have conferred and agreed that consideration of any fees motion by the Institute should be deferred until the Court adjudicates the claims by the remaining plaintiff in this case. The parties believe that this will streamline the process for filing and evaluating all motions for fees and costs. Accordingly, they respectfully request that the Court stay the Institute's deadline for filing a motion for attorneys' fees and costs until a final judgment has been entered in this case.

Respectfully submitted,

 /s/ Jameel Jaffer
Jameel Jaffer (MI0067)
Ramya Krishnan (admitted *pro hac vice*)

1

Adi Kamdar (admitted *pro hac vice)*
Alex Abdo (admitted *pro hac vice*)
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
ramya.krishnan@knightcolumbia.org

*Counsel for Knight First Amendment Institute
  at Columbia University*


JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director


 /s/ Antonia Konkoly
Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11110
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470

*Counsel for Defendants*


August 6, 2019