IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KNIGHT FIRST AMENDMENT INSTITUTE          )
AT COLUMBIA UNIVERSITY, *et al.*,          )
                                           )
     *Plaintiffs*,                            )
                                           )          Civil Action No. 1:18-cv-2709 (TNM)
     *v.*                                     )
                                           )
CENTRAL INTELLIGENCE AGENCY, *et al.*,     )
                                           )
     *Defendants*.                            )
                                           )
                                           )
                                           )

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Central Intelligence Agency ("CIA" or "Agency"), Federal Bureau of

Investigation ("FBI"), National Security Agency ("NSA"), and the Office of the Director of

National Intelligence ("ODNI") respectfully move for summary judgment pursuant to Federal

Rule of Civil Procedure 56 and Local Civil Rule 7. The reasons supporting this motion are set

forth in the concurrently filed memorandum, and supporting declarations and attachments. A

proposed order is also attached for the convenience of the Court.


     Respectfully submitted,


     JOSEPH H. HUNT
     Assistant Attorney General

     MARCIA BERMAN
     Assistant Branch Director


     _____/s/_____
     Antonia Konkoly
     Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11110
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov

*Counsel for the Defendants*

DATED: August 28, 2019