# EXHIBIT 1

## Konkoly, Antonia (CIV)

| | |
|---|---|
| **From:** | Swain, Alexandra P. <apswain@debevoise.com> |
| **Sent:** | Friday, July 12, 2019 3:04 PM |
| **To:** | Konkoly, Antonia (CIV); 'Ramya Krishnan'; 'Jameel Jaffer'; 'Alexander A Abdo'; 'Adi Kamdar'; Feigelson, Jeremy; Beeken, Timothy K.; Burger, Joshua (Josh) I.; Beard, Ashley N. |
| **Subject:** | RE: Knight First Amendment Inst v. CIA -- status update & supplemental State production [DF-AMER.FID1979008] |

Toni,

We write to inform you that the Committee to Protect Journalists ("CPJ") will challenge the Glomar responses for the FBI, CIA, ODNI, and the NSA. In addition, CPJ will challenge the CIA's redactions with respect to the three documents that it produced, the remaining documents that it withheld in response to item 1 in the FOIA request, and the remaining documents that it withheld in coordination with the Department of State.  We request that the CIA provide a Vaughn Index.

The Knight Institute has decided to withdraw from the litigation and will be seeking the government's consent to file a stipulation of dismissal pursuant to FRCP 41(a)(1)(A)(ii). The Knight Institute intends to stipulate to the dismissal of its claims in this action, while reserving its right to move for attorneys' fees.

Thanks and have a good weekend.

Best,

Alex

**Alexandra P. Swain** │ Associate │ Debevoise & Plimpton LLP │ apswain@debevoise.com │ +1 212 909 6792 │ www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distr bute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.

**From:** Konkoly, Antonia (CIV) [mailto:Antonia.Konkoly@usdoj.gov]
**Sent:** Friday, June 28, 2019 14:01
**To:** Ramya Krishnan; Swain, Alexandra P.; Jameel Jaffer; Alexander A Abdo; Adi Kamdar; Feigelson, Jeremy; Beeken, Timothy K.; Burger, Joshua (Josh) I.
**Subject:** RE: Knight First Amendment Inst v. CIA -- status update & supplemental State production [DF-AMER.FID424485]

Thanks very much. I will get these on file before the end of the day.

**From:** Ramya Krishnan <ramya.krishnan@knightcolumbia.org>
**Sent:** Friday, June 28, 2019 1:58 PM
**To:** Konkoly, Antonia (CIV) <ankonkol@CIV.USDOJ.GOV>; Swain, Alexandra P. <apswain@debevoise.com>; Jameel Jaffer <Jameel.Jaffer@knightcolumbia.org>; Alexander A Abdo <alex.abdo@knightcolumbia.org>; Adi Kamdar <adi.kamdar@knightcolumbia.org>; Feigelson, Jeremy <jfeigelson@debevoise.com>; Beeken, Timothy K. <tkbeeken@debevoise.com>; Burger, Joshua (Josh) I. <jiburger@debevoise.com>
**Subject:** Re: Knight First Amendment Inst v. CIA -- status update & supplemental State production [DF-AMER.FID424485]