IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, *et al.*, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:18-cv-2709 (TNM) |

### **[PROPOSED] ORDER**

Upon consideration of Defendants' motion for summary judgment, it is hereby

**ORDERED** that the motion is **GRANTED,** and judgment is entered in Defendants' favor.


Dated: _____

    Hon. Trevor N. McFadden
    United States District Judge