UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, COMMITTEE TO PROTECT JOURNALISTS, <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, *et al.*, <br> Defendants. | Civil Action No. 1:18-cv-2709 (TNM) |

## NOTICE OF ERRATA

Plaintiff Committee to Protect Journalists hereby submits an errata to the cross-motion for summary judgment and opposition brief (Dkt. Nos. 35, 36), filed on September 26, 2019.  The corrections contained herein are to the Table of Authorities and corresponding page numbers, necessitated because the original Table of Authorities did not generate correctly.  Minor typographical errors are also corrected.

Dated: New York, New York
September 30, 2019

Respectfully submitted,

*s/Timothy K. Beeken*
Timothy K. Beeken (NY0083)
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
tkbeeken@debevoise.com

*Counsel for Plaintiff Committee to Protect Journalists*