# EXHIBIT 2



**United States Department of State**

*Washington, D.C. 20520*

April 5, 2019

Case No.: F-2019-00752
Segment: INR/OPS-0001

Kathleen Carroll
Committee to Protect Journalists
330 7th Ave, 11th Floor
New York, NY 10001

Dear Ms. Krishnam and Ms. Carroll:

In response to your requests dated October 19, 2018 and November 20, 2018, under the Freedom of Information Act (the "FOIA"), 5 U.S.C. §552, the Department has completed its searches and processing of responsive records subject to FOIA.

With respect to part 1 of your requests, the Department located four responsive documents. We have determined one document may be released in full and three documents may be released in part. In addition, the Department identified two documents responsive to part 1 that originated with the Central Intelligence Agency. We have referred those documents to the CIA for direct reply to you. With respect to parts 2 and 3 of your requests, the Department's searches returned no responsive records.

An enclosure explains the FOIA exemptions and other grounds for withholding material. Where we have made excisions, the applicable FOIA exemptions are marked on each document. In some instances, two or more exemptions may apply to the same document. All non-exempt material that is reasonably segregable from the exempt material has been released and is enclosed.

This concludes the processing of your request. If you have any questions, you may contact Trial Attorney Antonia Konkoly at (202)514-2395 or Antonia.Konkoly@usdoj.gov. Please refer to the request case number, F-2019-00752, and the civil action number, 18-cv-02709, in all correspondence about this request.

Sincerely,

*Conynne Gerow for*

Susan C. Weetman
Chief, Programs and Policies Division
Office of Information Programs and Services

Enclosures: As stated