**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,** *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>**CENTRAL INTELLIGENCE AGENCY,** *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-02709 (TNM) |

## ORDER

Upon consideration of the parties' cross-motions for summary judgment, the pleadings, relevant law, related legal memoranda in opposition and in support, the entire record, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendants' motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that the Plaintiff's cross-motion for summary judgment is **DENIED**.

**SO ORDERED**.

The Clerk of the Court is directed to close the case.  This is a final, appealable Order.


Dated:  January 6, 2020

TREVOR N. McFADDEN
United States District Judge